UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-00769-JVS (JDEx) | Date | May 19, 2022 |
| Title | Raul Torres Sanchez v. City of Buena Park et al. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] Order to Show Cause Re Staying Case; Dismissal of Federal Claims; and Remanding Action

The Court, on its own motion, hereby **ORDERS** Plaintiff Raul Torres Sanchez to show cause, no later than June 6, 2022, why the Court should not:

1) stay the action pending resolution of the criminal proceedings against Plaintiff in superior court;

2) *sua sponte* dismiss the federal claims and allegations pursuant to Federal Rule of Civil Procedure 12(f) as described by Defendant in its Reply, Dkt. No. 15 at 2; or allow Sanchez to file an amended complaint deleting all claims upon which federal jurisdiction is predicated;

3) upon dismissal and/or removal of the federal claims and allegations, remand the case back to state court.

**The hearing set for May 23, 2022 is continued to June 13, 2022 at 1:30 p.m.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |