JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-00769-JVS (JDEx) | Date | June 8, 2022 |
| Title | Raul Torres Sanchez v. City of Buena Park et al. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Plaintiff's Response to Order to Show Cause and Defendant's Motion to Dismiss**

On April 25, 2022, Defendant the City of Anaheim moved to dismiss eight of twelve claims in Plaintiff Raul Torres Sanchez's Complaint. Mot., Dkt. No. 10. Sanchez opposed, and Defendant replied. Opp'n, Dkt. No. 13; Reply, Dkt. No. 15.

The Court finds that oral argument would not be helpful in this matter. Fed R. Civ. P. 78; L.R. 7-15. For the following reasons, the Court **REMANDS** the case to state court. Defendant's motion to dismiss is **DENIED** as moot.

**I. DISCUSSION**

On April 4, 2022, Sanchez filed an action in the Superior Court of California for the County of Orange against the City of Buena Park, the City of Santa Ana, and Does 1-10. Compl. In his complaint, Sanchez asserted twelve causes of action, including five federal causes of action under 42 U.S.C. sections 1983 and 1985. Id. Defendant City of Anaheim removed this action on April 6, 2022. Notice of Removal, Dkt. No. 1.

Defendant then moved to dismiss the action pursuant to Federal Rule of Procedure 12(b)(6) and to stay the case pending the conclusion of related criminal proceedings regarding Sanchez. Mot. In opposition, Sanchez sought dismissal of the federal claims in his complaint pursuant to Rule 41(a) governing plaintiff's voluntary dismissal of an action, and requested that the Court remand the case back to state court. Opp'n. In reply, Defendant suggested that the Court exercise its authority under Rule 12(f) to strike the federal claims and allegations as "redundant, immaterial, impertinent, or scandalous

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  8:22-cv-00769-JVS (JDEx)                    Date  June 8, 2022

Title  Raul Torres Sanchez v. City of Buena Park et al.

matter." Fed. R. Civ. P. 12(f).

The Court issued an Order to Show Cause for Plaintiff to explain why the Court should not: (1) stay the case pending the related criminal proceedings; or (2) *sua sponte* dismiss the federal claims and allegations pursuant to Rule 12(f) or allow Sanchez to file an amended complaint deleting all claims upon which federal jurisdiction is predicated; and (3) remand the case to state court. Dkt. No. 16.

Plaintiff responded to the Order to Show Cause. Dkt. No. 17. In the response, Plaintiff argued that the case should not be stayed in federal court because Plaintiff requests the federal claims be dismissed with prejudice. Id. at 2. Plaintiff further argues that as a matter of judicial economy, the Court should *sua sponte* dismiss the federal claims pursuant to Rule 12(f) rather than have Plaintiff file an amended complaint. Id. This action is also in line with Defendant's assertion in its Reply. See Reply at 2. The Court agrees. Accordingly, the Court strikes the federal claims, i.e., the first, second, third, fourth, and eleventh claims, pursuant to Rule 12(f); and also strikes paragraph 13, which contains Monell allegations.

In light of the removal of the federal claims, the complaint contains no federal question and there is no other basis for subject-matter jurisdiction. The Court retains discretion to remand the case to state court and declines to exercise supplemental jurisdiction over the remaining state law claims. 28 U.S.C. § 1367(c)(3).

### IV. CONCLUSION

For the foregoing reasons, the Court **STRIKES** the federal claims and allegations from the complaint and **REMANDS** the case to state court. Defendant's motion to dismiss is **DENIED** as moot. Hearing set for June 13, 2022 is ordered **VACATED.**

**IT IS SO ORDERED.**

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. 8:22-cv-00769-JVS (JDEx) | Date June 8, 2022 |
| Title Raul Torres Sanchez v. City of Buena Park et al. | |

  : 0

Initials of Preparer   lmb